# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

CIVIL ACTION NO. 10-227-WOB-JGW

CLINTON BURTON, et al.                                          PLAINTIFFS

VS.

ZWICKER AND ASSOCIATES, PSC                                     DEFENDANT

## REPORT AND RECOMMENDATION

A conference was held on November 10, 2011 regarding a motion to withdraw as counsel for plaintiff Tammy LaRochelle filed by Barbara Bonar, Terri Mohan and Andrew Schierberg. Doc. 90. Terri Mohan and plaintiff LaRochelle appeared in person; Jack Gearan appeared via telephone for defendant. The proceedings were recorded by official court reporter Joan Averdick.

In addition to discussing the motion to withdraw as counsel, which was resolved via separate order, the Court discussed emails sent by LaRochelle to both the Court and counsel for defendant expressing a desire to have her claims dismissed. The Court explained the consequences which would result if LaRochelle's claims were dismissed, including the fact that LaRochelle could be called to testify as a witness and materials related to LaRochelle that were produced in discovery were also subject to being subpoenaed. LaRochelle stated that she understood but nonetheless desired to have her claims against defendant dismissed. Jack Gearan asked that any dismissal be with prejudice. The Court explained to LaRochelle that a dismissal with prejudice meant that the claims could not be raised in the future. LaRochelle stated she understood and expressed no opposition to a dismissal with prejudice.

The Court has explained the consequences and ramifications of a dismissal to LaRochelle

and LaRochelle has persisted in her desire to have her claims dismissed. LaRochelle's request for dismissal of all of her claims against defendant is knowing and voluntary and should be granted.

For the foregoing reasons, it is **RECOMMENDED:**

All claims brought by plaintiff Tammy LaRochelle against defendant should be dismissed with prejudice.

Particularized objections to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of the date of service or further appeal is waived. Fed. R. Civ. P. 72(b)(2); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005); *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140, 155 (1985). A general objection that does not "specify the issues of contention" is not sufficient to satisfy the requirement of a written and specific objection. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995)(citing *Howard v. Secretary of HHS*, 932 F.2d 505, 508-09 (6th Cir. 1991)). Poorly drafted objections, general objections, or objections that require a judge's interpretation should be afforded no effect and are insufficient to preserve the right of appeal. *Howard*, 932 F.2d at 509. A party may respond to another party's objections within fourteen days of being served with a copy of those objections. Fed. R. Civ. P. 72(b)(2).

The Clerk of Court is directed to send a copy of this report and recommendation to Tammy LaRochelle at 10225 Hamlet Ct., Union KY 41091.

This the 10th day of November, 2011.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge