UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 2010-227 (WOB-JGW)**

**CLINTON BURTON, ET AL.**                                          **PLAINTIFF**

**VS.**                         <u>**ORDER**</u>

**ZWICKER AND ASSOCIATES, PSC**                       **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #97) and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the court; and that all claims by plaintiff Tammy LaRochelle against defendant be, and they hereby are, **dismissed, with prejudice**.

This 8th day of December, 2011.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge