UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*Electronically filed*

| | | |
|---|---|---|
| CLINTON BURTON, et al. | ) | CIVIL ACTION NO. 2:10-CV-227-WOB |
| Plaintiffs | ) | |
| v. | ) | |
| ZWICKER & ASSOCIATES, P.S.C. | ) | |
| Defendant | ) | |

### AFFIDAVIT OF CLINTON BURTON

Comes now the Affiant, Clinton Burton, and after having been duly cautioned and sworn, states as follows:

1. I worked as a manager for Zwicker & Associates from June, 2007 to May, 2010. During the second year of my employment, after reporting several incidents of illegal conduct by Zwicker management, I began to be retaliated against because of these reports and in reference to my race, African American.

2. The retaliation - some of which I described in my November, 2011 Affidavit, (Doc. No. 996-1006) began in 2009 and increased daily throughout that year. By the end of 2009, it had increased to such a daily level that it began to interfere with my daily living and my health. Snide remarks, gestures, racial comments, social exclusions, and being constantly belittled in public by upper management, began to add to my daily stress.

1

3. My peers and subordinates noticed and commented on upper management's mistreatment of me, and although I continued to do my job and made every effort to continue to be a consummate professional, the everyday personal attacks on me began to wear me down.

4. In January, 2010, the attacks became so frequent that I requested a meeting with upper management to attempt to diffuse whatever was happening because I didn't even know why they were coming after me. This was about the same time that I heard from several of my peer managers and from an HR staff person that upper management had intentions to "let Clinton hang himself" to be fired.

5. By the spring of 2010, my daily anxiety level was so high that it began interfering with my relationship with my son. I became edgy, distracted and short-tempered.

6. In May, 2010 when Zwicker fired me for bogus reasons, I was absolutely crushed. I could not really believe they had used a female African American - a friend - to try to set me up for the termination.

7. Since that time, the pain, sleepless nights, headaches, bouts of depression have never gone away. Adding to that, my loss of income has added to the stress of being unable to provide for my son, not to mention myself.

8. I have continued to seek work in the collection business since this is my career path. However, now that I am also the target of other collection agencies because of my mounting debt, it is difficult to let go and emotionally move forward in my life.

9. I have only recently been able to afford to seek therapy, which I did in November 2011. Although I am hopeful my therapy sessions will slowly improve my mental disposition regarding the pain Zwicker has put me through, I know it is going to be a long road ahead.

Further Affiant sayeth naught.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                                                                Plaintiff 1069

_____
CLINTON BURTON

**STATE OF KENTUCKY**
**COUNTY OF KENTON**

Subscribed and sworn to by Clinton Burton before me, a Notary Public, on this the 6th day of January, 2012.

_____
NOTARY PUBLIC, STATE AT LARGE
Notary ID: 407824

My Commission Expires:

11/18/13

3

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER					Plaintiff 1070