UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*Electronically filed*

| | |
|---|---|
| CLINTON BURTON, et al. ) | CIVIL ACTION NO. 2:10-CV-227-WOB |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| v. ) | |
| ) | |
| ZWICKER & ASSOCIATES, P.S.C., ) | |
| ) | |
| **Defendant** ) | |

### AFFIDAVIT OF TERESA ROBINSON

Comes now the Affiant, Teresa Robinson, and after having been duly cautioned and sworn, states as follows:

1. I was employed as a manager at Zwicker & Associates from October, 2007 to August, 2010. I am one of the Plaintiffs in the above-styled case.

2. I encountered a sexually charged working environment at Zwicker & Associates from the very first day I interviewed at Zwicker. On that day, Kim Weseman, the Human Resources Director, told me that my second interview would be conducted by Carlo Erna, who was "single" and "hot". As uncomfortable as that made me feel, little did I know that was just the beginning of long horrible experience of a sexually charged and hostile work environment that was Zwicker's Hebron office. Since favoritism was given to those who exhibited sexual prowess, and there was no enforcement of any policies to protect employees like myself who

1

were just not interested in engaging in the constant sexual play, employees like myself were criticized, demeaned, and eventually forced out.

3. At the time of my Zwicker interview in October, 2007, and continuing though today, in fact, I was and am happily engaged. As I later discovered, that is not the kind of employee that fits well into Zwicker.

4. My only concern in working for the Zwicker law firms was that I had some past criminal charges, felonies that had been pled down to misdemeanors. I disclosed these to Kim Weseman during my interview, and she told me they were not a concern in obtaining employment at Zwicker. When I brought them up a second time, she asked me in which state the record s of my charges were, and I responded "Florida". She said, "Then don't worry, because Zwicker only checks in Kentucky". As it later became clear, Kim Weseman used her position as HR Director for Zwicker to gather "dirt" on employees, and then use it for her own personal gain. Even after Zwicker became aware she was doing it, they allowed Kim Weseman to continue to do so.

5. The entire time I worked at Zwicker, the sexually charged work environment was flagrant and remained unchecked, with the Director of Human Resources, Kim Weseman, not only right in the middle of it, but supposedly "in charge" of preventing it. There were invitations to "Zwicker parties" at bars and at a Zwicker owned apartment in the Florence area. At the Zwicker owned apartment, there were drugs and sex. A Zwicker manager, Jay Zanini, resided at the apartment and would invite the young attractive (and sometimes single) employees of Zwicker to these parties, where there were always stories of drugs and sexual interplay between managers and their subordinates. There was open and notorious drinking at lunch, blatant flirtations and sexual come ons, sexual jokes, sexual comments, and filthy cussing and

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER    Plaintiff 964

intimidation of employees by managers. There was also a constant fear of complaining about any of this, and a solid acceptance of this type of workplace. In the very beginning of my tenure at Zwicker, I complained to Kim Weseman about a manager who told me he fantasized about me and another female employee nude on a beach together. Instead of addressing what I felt was a serious concern, Kim laughed out loud and said "Welcome to Zwicker". I knew right then and there that I was in trouble working for this organization. I came from large organizations where this type of conduct was considered sexual harassment, and it was clear that Zwicker did not share that view.

6. It soon became clear that Kim Weseman, who Zwicker had placed in charge of all things Human Resources, was a primary perpetrator of many sexual harassment problems there. Kim constantly wore provocative clothing and engaged in sexual banter, jokes and even sexual propositions. As just one example, one night as we were all leaving work, I heard someone say to Kim Weseman, who was wearing knee high leather boots, "You getting laid tonight in fucking hooker boots?" I was so shocked I stopped in my tracks and waited to see what would happen. Nothing happened, but then Kim called me in the next day and said she had seen my reaction, and assured me that type of talk would never happen again. But from then on, anytime I walked in the kitchen and Kim Weseman was there "holding court" with her gal pals, she would jut announce, "No one curse cause it could "offend someone". It became very clear after that that if you complained nothing would be done. In fact, I soon found out that if you complained about her or anything to do with her, you had no chance of surviving at Zwicker.

7. Mike Koziol, who was Director, would constantly make rude and sexist comments to me, especially about my breasts. One comment I'll never forget was, "Are you losing weight, or are your tits getting bigger?" He'd say this and other comments in front of a

3

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                Plaintiff 965

group of other employees at my expense. He and John Twite would also make comments about my hair and call me "Joan Jett" and "Susie and the Banshees." Another time, as I approached, he said, "Here comes trouble." When I looked puzzled, he said "Well, at least that's what they say about you on the men's bathroom wall". He said this right in front of Jamie Walker, then Director.

8. Zwicker knew it was going on, and protected management employees like Kim Weseman, who was causing a lot of harm to employees' lives. Kim was allowed to flash her breasts on the floor, hold up the fingers of her hand and say, "two in the pink and one in the stink", grab and touch all the men on the floor, solicit sex from men and women alike, and constantly tell provocative jokes and engage in sexual banter. Then Zwicker was sued and many many employees came forward to speak the truth that Ms. Weseman, as the Director of Human Resources, was promoting a sexually hostile work environment. Zwicker's response was to do everything they could to cover it up, sweep it under the rug, and fire the employees who refused to help with the cover-up. Kim Weseman was never even terminated from Zwicker. They wanted her gone, and gave her a generous severance package to ease her out the door. Kim told me the money was part of a gag order, and demanded that the monies be deposited in her account before she signed it.

9. Other key management employees that Zwicker protected after Zwicker knew about their bad behavior, particularly sexual, were:

    a. Sharon Martin. Sharon was Zwicker's choice to replace Kim Weseman after they eased Kim out the door. Sharon lied to everyone's face about everything, refused to address complaints, and did nothing to clean up the sexually hostile work environment or favoritism at the Hebron office. You might say that

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER     Plaintiff 966

Sharon, as Director of Human Resources, was even worse than Kim, since she was also a known racist (she called it "southern") and wasn't shy about making racist comments.

b. Carlo Erna. Carlo, who was married yet openly dated a woman named Bridget McIntyre, both engaged in inappropriate behavior on the floor. Neither was ever disciplined, but Carlo was promoted.

c. Mike Koziol, Vice President, was verbally abusive and made sexually inappropriate comments to me and to many other females. He was never disciplined.

d. John Twite. John Twite, who was the President of the company, came on to Jennifer Holder at the Christmas party. He also made comments about my breasts, stating "we are tired of hearing about your fucking breasts."

e. Bob Oldham. Several females complained about Bob Oldham and his manner of sexually stalking female employees at Zwicker.

f. Paul LaGrone. Paul was a white male manager who was verbally abusive to the female employees. He was never disciplined.

10. Zwicker's personnel policies at the Hebron office, as enforced by Kim Weseman and then Sharon Martin, were based on favoritism and sometimes extortion. As a primary example, during my interview in October, 2007, I told Kim Weseman that I was concerned about some past criminal charges, and she kept telling me not to worry about them as they would not affect my ability to work at Zwicker. When I brought them up a second time in the interview, Kim asked me in which state the record s of my charges were, and I responded they were in Florida. She said "Then don't worry, because Zwicker only checks in Kentucky". This

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                             Plaintiff 967

statement by the Director of Human Resources frightened me. As it later became clear, Kim Weseman used her position as HR Director for Zwicker to gather her own private "dirt" on employees, and then used it later to extort and control employees, usually for her own personal and sometimes sexual gain. I saw that same scenario played out over and over again at Zwicker for the next three years.

11. At the beginning of my work there, I began to confide in another manager at Zwicker, Jack Wehr, and told him my concerns about Kim Weseman's behavior and the hostile work environment. I asked him if there was anything I could do to change it, and he just assured me that things "would get better". I asked him how this could go on without upper management taking action, and he didn't respond. I soon found my answer when, in early 2008(?), I attended my first and only(?) Christmas party at Zwicker, which was a drunk fest with several upper management coming in from Andover. Kim Weseman said she got a $1500 bonus for putting it on, and it was clearly a free-for-all as to people heavily drinking and matching up upper management with the newer and young female employees. I was there with my finance, Steve, but when I went into the bathroom, another female employee asked me "who are you going to fuck tonight?" Steve and I left soon after.

12. I observed Kim Weseman being very ugly towards any female who she saw as her sexual "competition". I saw and heard her spread true and untrue private information about certain employees she wanted to literally destroy. Not just to get fired, but to destroy their lives. Just some of the private information she, as Human Resources Director, initiated, told me, and then I observed her spreading around the call room floor was:

    a. That Jennifer Holder gave John Twite a "blow job" the night of the Christmas party.

6

b. That Jack Wehr was "faking" his knee injury and trying to "screw Aflac".

c. That Zwicker had "fucked up" because they sent Clinton Burton for a drug test, the only black manager in the office, and that it came back clean.

d. That Mike Koziol, a Vice-President, was having sexual relations with a subordinate, Kristy Perry. Kim Weseman showed me the e-mails from Kristy Perry talking about sex with Koziol, and Kim said she was going to save them in case she needed them later for any reason.

e. That Mike Koziol would make sexual and racial statements in e-mails. She forwarded one to me, which I was able to find. It is a video of what appeared to be a Tequila advertisement.

f. That Clinton Burton had "child support issues", and that he was paying $116.00 a week in child support.

g. That Jennifer Haley had complained of sexual harassment against Bob Oldham. Bob Oldham was allowed to stay a manager well after that.

h. That (later) Sharon Hopkins complained of sexual harassment against Bob Oldham. Even after Sharon sued Zwicker, they kept Bob Oldham as a manager.

i. That Danielle Johnson and Rick Michel had sexual relations and that Rick Michel possessed nude pics of Danielle on his cell phone.

j. That Angela Brendel complained of sexual harassment against Tedric Harwell.

k. That Mindy Poer complained of sexual harassment against Dave Parker.

7

13. One of the ugliest things that Kim Weseman said was that Brandi Whitley had herpes, and then began calling her "Bumpy pussy" to everyone. Kim did this maliciously and with the intention to make other employees be disgusted by Brandi, and get her fired. It worked, of course. When Brandi filed a lawsuit, Kim began lying and trying to get others to cover up and lie. Zwicker upper management supported Kim doing this the whole time.

14. I complained several times to Jamie Walker, the Director, about Kim telling everyone's personal business, but nothing was ever done to correct it. Kim was constantly bragging, in fact, about getting people fired, and it was obvious that she focused on anyone who complained about the illegal conduct, including the hostile work environment and spreading personal information. Kim and Liana Colbert, the Vice President of Human Resources in Andover, were thick as thieves. Everyone knew that Liana was going to support Kim no matter what, so complaining became a waste of time.

15. In July 2009, a second lawsuit was filed; most of the employees who sued blamed Kim Weseman. Danielle Johnson, Jennifer Holder, and Jessica Bradford all complained about her behaviors. Because they were still there, Kim, in turn, made their lives miserable and told me so. She had specifically told me she was going to see that they got fired. A girl named Sarah Lewis had crossed Kim Weseman, and Kim punched her in the face. Kim admitted she did this to me, but lied about it to everyone else. Again, upper management, including her boss, Liana Colbert, seemed to support Kim, at least as long as she was there. Kim bragged that Liana "loved" her. Liana was obviously in charge and obviously believed Kim.

16. Meanwhile, I just continued my job and tried to stay on Kim Weseman's good side. I knew otherwise, I'd be a goner. I put up with all the sexual hostility, including what Kim dished out because I needed my job. I saw that complaining had done no good. But now that the

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                                                               Plaintiff 970

lawsuits were filed, it became more obvious that anyone that stood up for the truth was punished. Employees were constantly told they needed to be loyal to Zwicker, and with the lawsuits, you had better take their side. I was in constant fear of losing my job since I had seen so much go on. Several managers had told me they were counting on me to support them in the lawsuit. I tried my best to keep my nose to the grindstone and my mouth shut, but I knew that if it came down to it, I wouldn't lie. Meanwhile, the pressure was building. Mike Koziol was constantly calling groups of managers together and drilling us, tell us how unworthy we were, and cuss at us as a form of reprimand, using the "fuck" word every other sentence. I tried to stay focused on my job.

17. In late 2009 the lawsuits seemed to be coming to a head. The attorneys were in and out of the building, but even after Kim's horrible acts were obvious to Zwicker, they continued to defend Kim, even in the face of six persons suing Zwicker. They eased Kim out and replaced her with a Human Resources Director that was even more manipulative and dishonest.

18. Then Kim called me one day and told me she was going to be fired. But she said they were going to give her some money if she would sign a gag order, and she said she wouldn't do so until the "money was in her account". Sharon Martin soon took over as HR Director. All the employees were so relieved and we all said to each other that Zwicker had finally come to its senses. We didn't know that Sharon would actually be worse. Not only did she let the sexual environment go on, but she was racist too.

19. In early 2010, Gretta Hoffman, a black female, who was hired to work for Sharon Martin, tried to reach out to me because she was having problems with Sharon. She asked me who she could go to, and I suggested she go to Liana Colbert. She told me she had tried but

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                                                         Plaintiff 971

Liana won't listen. I told Gretta, "You are screwed". That is exactly what I felt, since I knew if she had already complained, her time with Zwicker was short. She was fired the same day. She was only there a few months.

20. In May, 2010, a male collector in my group supposedly made a complaint against me that I had "brushed up against him" with my breasts. The complaint itself was ridiculous, and it was ultimately dismissed as unsupportable. However, in response to the complaint, I had been pulled into Sharon Martin's office, where Mike Koziol, and Carlo Erna were. They addressed several things with me, and when I responded, Mike and Carlo started cussing at me, and Mike called me a fucking liar. I was so upset that I started to get up and Mike said, "sit the fuck down I'm not finished with you", and then continued screaming at me. They finally told me to get the fuck back to work, but then called me back in, and that's when they accused me of pressing my breasts against Ed Faehr's back. I said this is a joke. This creeps me out.

21. Two days later, I was called into Sharon's office, and this time Mike Koziol, and John Twite were there with Sharon. They advised me I was being written up. Then John Twite said "we're tired of hearing about your fucking breasts" and that we don't want to hear about them anymore so get back to work.

22. Then I was written up for having an "unauthorized meeting", apparently a new policy that someone at Zwicker had apparently just made up. Nobody knew what an "unauthorized meeting" was.

23. Rumors started that Ed Faehr was suing me and/or Zwicker because of me. He wrote a statement in regards to me, "I got that bitch outa here...." I demanded a full investigation of him, but Zwicker refused. More stress was put on me, and I began having horrible anxiety. I couldn't stop crying, and I went to see my family doctor, Dr. Dragan. I begin

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                           Plaintiff 972

abnormal eating habits, I was tired all the time, I couldn't go to work without getting sick to my stomach.

24. On May 17th, 2011, I went to Sharon and asked for my personnel file. She said she couldn't let me have a copy because Liana is in the office, and she would get fired if Liana found out. Later that day, she snuck me the copies and told me not to tell anyone or she and I would both get fired. The next day, Sharon approached me in the bathroom and told me that I better lie about the file or we would both lose our jobs. She stated she is "single" and has no husband or fiancé to support her. She said Liana would be questioning me later.

25. The next day, on May 18th, I went to our Director, Jamie Walker, in tears and told her I need to talk to someone and I was going to tell them how crooked Sharon is. Jamie called to look for Liana and down comes Sharon into Jamie's office to try to talk to me. Then Liana showed up and pulls me into a conference room and hands me a write up for a "disruption" on the floor because of "human resources" papers I received. I refused to sign it and told her that Zwicker management was liars. I told Jamie Walker that Sharon Martin is a liar, and that she had no idea what was going on there. I asked for a neutral witness, and Liana refused. Instead, she asked Janell Duncan, who was Sharon Martin's buddy at work, to be the "witness".

26. Several days later, Zwicker fires Jack Wehr and another manager who is my friend, Michelle Langdon.

27. That entire spring, I was treated like a plague. Jamie wouldn't even speak to me and told me she couldn't be seen talking to me, and everyone else avoided me. One day I asked Jamie for a tampon, and she walked right past me without looking at me and put one in my drawer. I couldn't take the treatment I was receiving from them anymore, and went back to the doctor. I told him about feelings of worthlessness, constant crying, and weight gain. I have

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff 973

never felt this way ever in my life. My doctor told me not to go back to Zwicker, and I finally walked out.

    Further Affiant sayeth naught.

_____
TERESA ROBINSON

**STATE OF KENTUCKY**

**COUNTY OF KENTON**

    Subscribed and sworn to by Teresa Robinson before me, a Notary Public, on this the 28th day of November, 2011.

_____
NOTARY PUBLIC, STATE AT LARGE
Notary ID: 431028

My Commission Expires: 11-27-14

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER      Plaintiff 974