# AFFIDAVIT OF CONSWELLA TODD

Comes now the Affiant, Conswella Todd (aka Reese), who resides at 5313 E. Knoll Court, Apt. 426, Cincinnati, Ohio 45239, and after having been duly cautioned and sworn, states as follows:

1.   I worked for Zwicker from June, 2008 to September, 2011, when I quit because of harassment.

2.   In January or early February, 2010, I was in the break room getting coffee at the beginning of my shift (approximately 7:45) when Sharon Martin came in.  Paul Burkhart was also in the break room.

3.   Sharon and I started having a general conversation about employment advancement at Zwicker.  Suddenly Sharon laughed and said, "Well, I'm tired of these black guys coming from across the water."  I looked at Paul and he looked at me and we were both shocked.  I was very upset.

4.   Paul Burkhart was then gone all morning.  When I finally ran into him at midday I said, "Did you hear Sharon say the same thing I heard her say?"  He said, "I'm not repeating that."  I said, "Okay, so you did hear that, right?"  He just walked away, and I didn't see him for the rest of the day (which was very unusual).

5.   That afternoon, I was still upset by what Sharon had said, and was crying at my desk.  Teresa Robinson, my supervisor, came to my desk and asked what was wrong.  I told her what Sharon said.  She said, "You should talk to someone (in upper management)."  I saw that Liana Colbert (Sharon's supervisor over HR) was in the building.  I went over and asked her if I could talk to her about a complaint on Sharon Martin.  She responded by saying, "Are you kidding me?  I'm getting ready to leave and you are telling me this now?"  I said, "I didn't know

1

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

Plaintiff 984

you were here today until just now." She said, "Then just tell me." I then told her what Sharon had said that morning about "black guys coming across the river." Ms. Colbert did not apologize or react at all, but said, "I'll take care of it." I don't feel she ever did, and all that happened was that Sharon retaliated against me.

6.      The next morning, in fact, Sharon physically came to my desk and asked me to come to her office. Even though she was supposed to have another person as a "witness", usually a manager, Sharon did not. Instead, she shut the door and started badgering me and threatening my job. She specifically said, "You need to fix this - you need to call Liana and tell her you were wrong. If not, you will lose your job. You need to go in the conference room and make that call so that Liana will not know you and I talked or had this conversation, or were even up in HR." Since I felt I had no choice to do what she said or I would lose my job, I went next door to the conference room. Sharon stood in the doorway and told me the number to call for Liana Colbert. She then guarded the door while I made the call, and did what Sharon asked me to do. All I said was, "I don't want anyone to lose their job, so I am going to say I'm not sure what I had heard." Liana had obviously already discussed this with Sharon because she said in response, "Well, Sharon had a southern accent, and she could have said "buckeyes" not "black guys". I didn't respond.

7.      I went back to my desk and Teresa Robinson came and asked where I had been and if I was okay. I told her what happened. I told Teresa that Sharon made me lie for her to keep my job. She was very upset for me, and said, "They can't do this."

8.      A month or so later, Jamie Walker and Mike Koziol, who came from Andover, called me in Jamie's office and said, "We're tired of hearing the rumors about what Sharon said. We want to know if anyone says anything to you about this – or if anyone is harassing you or

2

bothering you." I didn't say anything. They never asked me what Sharon said. They never told me they investigated. It was clear they believed Sharon and were doing everything to protect her. My job was on the line because I had tried to complain.

9.     There was a lot of discriminatory conduct at Zwicker. There was only one black manager, Clinton Burton, and when they fired him there was not one. The situation that caused Clinton to be fired was because of what Loren Davis had made a big deal out of, and something that Loren really couldn't hear or observe, but just was stirring the pot. I've known Loren for a long time and she was always in somebody's business. She hung out with Rick DeSousa, Vice President Carlo Erna, and they would go out drinking together.

10.    The whole thing against Clinton was just made up. I was right there, and Clinton was just making fun of the mice, not of D'Neece Tourny. What Clinton did was no different than what other managers did - like throwing footballs on the floor.

11.    It was also a sexually hostile work environment at Zwicker. Rich DeSousa and Mike Potter, two new young managers brought from the east coast constantly went around taking pictures of Zwicker girls' buttocks and showing them around to each other. It was sickening. Nothing was ever done, but managers were allowed to do what they wanted.

12.    There are a lot of managers who openly flirt, date, and socialize together. Some have sexual relationships. Carlo Erna had moved his wife and kids from Andover, and then started taking up with one of his subordinates, Bridgett McIntyre, and now he has dumped Bridgett and is dating Breanne Valliere. There is so much favoritism and discrimination at Zwicker due to "who's doing who", and "who is drinking buddies with whom". Although the policy is that collectors are not allowed to socialize with managers, if managers like someone or want to date them, they will give them bonuses, and make the lives of other collectors miserable.

3

As one example, Rich DeSousa gave Destiny Rodriguez, his "female favorite", preferential treatment.

13.     Jack Wehr was a great manager, and was very nice to me.  The rumor was he was fired because he was "too nice".  He was replaced by several young managers, Ryan Cress, Michelle Bowen and Michelle McKee, all of whom are younger than me.  (I was 35 at the time Jack was fired.)

14.     I now work at "Plaza/ACB" as a collector.  Breanne Valliere calls there, and announces herself as the "Director of HR for Zwicker", and demands that Plaza/ACB give her information about Plaza employees.  Our HR person refuses to give it to Breanne, and Breanne gets upset.

Further Affiant sayeth naught.

_____
CONSWELLA TODD

**STATE OF KENTUCKY**
**COUNTY OF KENTON**

Subscribed and sworn to by Conswella Todd before me, a Notary Public, on this the 29th day of November, 2011.

_____
NOTARY PUBLIC, STATE AT LARGE
Notary ID: 454108

My Commission Expires:
Oct. 28, 2015

4