

125 SUMMER STREET  BOSTON, MA 02110
T 617.345.3000   F 617.345.3299
WWW.BURNSLEV.COM

LAURA R. STUDEN
617.345.3325
LSTUDEN@BURNSLEV.COM

March 19, 2012

**Via Electronic Filing**

Hon. William O. Bertelsman, Judge
U.S. District Court
Covington Division
35 W. Fifth Street, Suite 505
Covington, KY 41011

      Re:    *Burton et al v. Zwicker & Associates, P.C.*
             *Docket No. 2:10-cv-00227-WOB*

Dear Judge Bertelsman:

      In accordance with Paragraph 1(d) of the Protective Order entered in the above-captioned action (Docket No. 38), the Defendant, Zwicker & Associates, P.C. will be submitting its Memorandum of Law in Support of Summary Judgment, and certain exhibits thereto, under seal. These documents are being proffered for the Court's *in camera* inspection. The Memorandum and exhibits are being filed under seal because they either (i) contain information designated as "Confidential" pursuant to the Protective Order or (ii) contain argument and information which avers and relates to "Confidential" information which should similarly be protected from public disclosure.

      The Defendant will be filing the aforementioned documents through the electronic case filing system and in connection with a Motion for Leave to File Under Seal, pursuant to Joint General Order 11-1. All documents filed under seal will be served on opposing counsel by overnight mail.

      Please contact my office should you have any questions.

                                  Respectfully,

                                  /s/ Laura R. Studen
                                  Laura R. Studen

LRS:mvs
cc:    Barbara D. Bonar, Esq. (via ECF notification)
        Michael V. Samarel, Esq.