```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                          NORTHERN DIVISION
                           AT COVINGTON
```

**CIVIL ACTION NO. 2010-227 (WOB-JGW)**

**CLINTON BURTON, ET AL.**                                    **PLAINTIFFS**

**VS.**                              <u>**ORDER**</u>

**ZWICKER AND ASSOCIATES, PSC**                                **DEFENDANT**


This matter is before the Court on plaintiffs' motion to substitute partially redacted document for their motion for partial summary judgment (Doc. #150), and defendant's response thereto assenting to same (Doc. #152), and the Court being advised,

**IT IS ORDERED** that said motion be, and it hereby is, **granted**.

This 30th day of March, 2012.



Signed By:
William O. Bertelsman  WOB
United States District Judge